IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:13-CV-254-MOC-DSC

| | |
|---|---|
| CELGARD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| SK INNOVATION CO., LTD., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jeffrey W. Abraham, Mindy L. Ehrenfried, Minjae Kang and Charles H. Suh]" (documents ##13-16) filed June 26, 2013. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED.**

Signed: July 1, 2013

David S. Cayer
United States Magistrate Judge