**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:13-CV-254-MOC-DSC**

| | | |
|---|---|---|
| **CELGARD, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SK INNOVATION CO., LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Hala S. Mourad]" (document #22) filed June 13, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED.**

Signed: August 14, 2013

David S. Cayer
United States Magistrate Judge