IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Celgard, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:13-cv-254-MOC-DSC |
| v. | ) | |
| | ) | |
| SK Innovation Co., Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of Plaintiff Celgard, LLC's Motion to Place Documents Under Seal, and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Documents Under Seal is **GRANTED.**

It is hereby **ORDERED** that Plaintiff's Response to Defendant's Memorandum in Support of Its Amended Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6) and (2), or in the alternative, to Transfer under 28 U.S.C. § 1631; the Declaration of Charlie Odom; the Declaration of Ronnie Smith; and Plaintiff's alternative Motion for Jurisdictional Discovery be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: September 9, 2013

_____
David S. Cayer
United States Magistrate Judge