# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:13-cv-00254-MOC-DSC

**CELGARD, LLC,**

    Plaintiff,

v.

**SK INNOVATION CO., LTD.**

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Leave to File Documents Under Seal. Upon consideration of Defendant's Motion and supporting Memorandum of Law, the documents that Defendant requests to seal, and the entire record herein, it appears that good cause exists to **GRANT** the Defendant's Motion.

Accordingly, it is **ORDERED** that the following documents be filed under seal: (1) Defendant SK Innovation Co., Ltd.'s Reply in Support of its Amended Motion to Dismiss Plaintiff Celgard, LLC's Complaint For Lack of Personal Jurisdiction, or, in the Alternative, to Transfer; (2) Declaration of Chang Uk Kim in Support of Defendant's Reply Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, or, in the Alternative, to Transfer; and (3) Defendant SK Innovation Co., Ltd.'s Opposition to Plaintiff Celgard, LLC's Alternative Motion for Jurisdictional Discovery. These documents will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: September 23, 2013

_____
David S. Cayer
United States Magistrate Judge