IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Celgard, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:13-cv-254-MOC-DSC |
| v. ) | |
| ) | |
| SK Innovation Co., Ltd., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of Plaintiff Celgard, LLC's Motion to Place Documents Under Seal, and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Documents Under Seal is **GRANTED.**

It is hereby **ORDERED** that Plaintiff's Reply in Support of Its Alternative Motion for Jurisdictional Discovery and Plaintiff's Surreply to Defendant's Reply in Support of its Amended Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, or, in the Alternative, to Transfer be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: October 1, 2013

David S. Cayer
United States Magistrate Judge