IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Celgard, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:13-cv-254-MOC-DSC |
| v. | ) | |
| | ) | |
| SK Innovation Co., Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

Upon consideration of Defendant's "Unopposed Motion for Leave to File Documents Under Seal," and the entire record herein and for good cause shown, Defendant's Motion is **GRANTED.**

It is hereby **ORDERED** that Defendant SK Innovation Co., Ltd.'s Objections to the United States Magistrate Judge's Memorandum and Recommendation and Order be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: November 4, 2013

David S. Cayer
United States Magistrate Judge