IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Celgard, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-CV-00254-MOC-DSC |
| v. | ) |
| | ) |
| SK Innovation Co., Ltd., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of Plaintiff Celgard, LLC's Motion to Place Documents Under Seal, and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Documents Under Seal is **GRANTED.**

It is hereby **ORDERED** that Plaintiff's Motion to Compel a Continued Deposition of SK Innovation Co., Ltd.'s Corporate Designee and Motion for Expedited Briefing and Declaration of Jonathan E. Harris in Support of Celgard's Motion to Compel, including all exhibits thereto, be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: January 27, 2014

David S. Cayer
United States Magistrate Judge