IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00254-MOC-DSC

| | |
|---|---|
| CELGARD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SK INNOVATION CO., LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's "Motion to Compel Discovery Responsive to Jurisdictional Discovery Requests" (document# 73) and the parties' briefs and exhibits.

For the reasons stated in Defendant's briefs, the Motion will be <u>granted</u>.

**IT IS HEREBY ORDERED** that:

1. Defendant's "Motion to Compel Discovery Responsive to Jurisdictional Discovery Requests" (document# 73) is **GRANTED** as follows:

    a. The deadline for jurisdictional discovery to be conducted by both parties is extended to March 14, 2014.

    b. On or before February 15, 2014, Plaintiff shall respond to Defendants' requests for production of documents and interrogatory.

    c. On or before February 28, 2014, Plaintiff shall designate and provide a corporate witness to testify pursuant to Fed. R. Civ. P. 30(b)(6).

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED.**

Signed: January 28, 2014

David S. Cayer
United States Magistrate Judge