IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Celgard, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-00254-MOC-DSC |
| v. | ) | |
| | ) | |
| SK Innovation Co., Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of Plaintiff Celgard, LLC's Motion to Place Documents Under Seal (document #96), and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Documents Under Seal is **GRANTED.**

It is hereby **ORDERED** that Plaintiff's Motion to Compel Responses to Celgard's Discovery Requests and Declaration of Jonathan E. Harris in Support of Celgard's Motion to Compel, including all exhibits thereto, be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: February 5, 2014

David S. Cayer
United States Magistrate Judge