IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Celgard, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-00254-MOC-DSC |
| v. | ) | |
| | ) | |
| SK Innovation Co., Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of "Defendant's Unopposed Motion for Leave to File Documents Under Seal" (document #103) and for good cause shown, the Motion is **GRANTED.**

It is hereby **ORDERED** that (1) Defendant's Opposition to Plaintiff Celgard, LLC's Motion to Compel a Continued Deposition of Defendant SK Innovation Co., Ltd.'s Corporate Designee and Motion for Expedited Briefing; (2) Declaration of Eric C. Jeschke in Support of Defendant's Opposition to Plaintiff Celgard, LLC's Motion to Compel a Continued Deposition of Defendant SK Innovation Co., Ltd.'s Corporate Designee and Motion for Expedited Briefing ("Jeschke Declaration"); and (3) Excerpts from the Rule 30(b)(6) Depositions of Mr. Chang Uk Kim and Mr. David W. Lankewicz, attached as Exhibits 1 and 2 to the Jeschke Declaration, including all exhibits thereto, be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: February 17, 2014

David S. Cayer
United States Magistrate Judge