IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Celgard, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-00254-MOC-DSC |
| v. | ) | |
| | ) | |
| SK Innovation Co., Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff Celgard, LLC's Motion to Place Document Under Seal (document #107), and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Document Under Seal is **GRANTED.**

It is hereby **ORDERED** that Plaintiff's Reply in Support of its Motion to Compel a Continued Deposition of SK Innovation Co., Ltd.'s Corporate Designee and Declaration of Jonathan E. Harris in Support of Celgard's Reply, including all exhibits thereto, be filed under seal. The document filed under seal will remain under seal permanently or until otherwise ordered.

_____
David S. Cayer
United States Magistrate Judge