# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:13-cv-00254-MOC-DSC

**CELGARD, LLC,**

    Plaintiff,

v.

**SK INNOVATION CO., LTD.**

    Defendant.

**ORDER**

This matter is before the Court on the Defendant's Unopposed Motion for Leave to File Documents Under Seal. Upon consideration of Defendant's Motion and supporting Memorandum of Law, the documents that Defendant requests to seal, and the entire record herein, it appears that good cause exists to **GRANT** the Defendant's Motion.

Accordingly, it is **ORDERED** that the following document be filed under seal: Defendant SK Innovation Co., Ltd.'s Response to Celgard's Motion to Compel. This document will remain under seal permanently or until otherwise ordered.

    **SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge