IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Celgard, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-00254-MOC-DSC |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SK Innovation Co., Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiff Celgard, LLC's Motion to Place Documents Under Seal, and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Documents Under Seal is **GRANTED.**

It is hereby **ORDERED** that Plaintiff's Reply in Support of its Motion to Compel Responses to Celgard's Discovery Requests and the Declaration of Jonathan E. Harris in Support of Celgard's Reply in Support of its Motion to Compel, including all exhibits thereto, be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: March 7, 2014

David S. Cayer
United States Magistrate Judge