IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| Celgard, LLC, | |
|---|---|
| Plaintiff, | No. 3:13-CV-00254-MOC-DSC |
| v. | **JURY TRIAL DEMANDED** |
| SK Innovation Co., Ltd., | |
| Defendant. | |

**ORDER**

Upon consideration of Plaintiff Celgard, LLC's ("Celgard") Motion for Leave to File Documents Under Seal, and the entire record herein, and for good cause shown, Celgard's Motion for Leave to File Document Under Seal is **GRANTED**.

It is hereby **ORDERED** that Celgard's Memorandum in Support of its Second Motion to Compel Responses to Celgard's Discovery Requests and the Declaration of Lance A. Lawson in Support of Celgard's Second Motion to Compel, including all exhibits thereto, be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: May 16, 2014

David S. Cayer
United States Magistrate Judge