UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00254-MOC-DSC

| | | |
|---|---|---|
| **CELGARD, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SK INNOVATION CO., LTD.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Joinder of Hearings. Specifically, this court set for hearing defendant's Objection to Celgard LLC's Disclosure of SKI Confidential Information to In-House Counsel for Non-Party Polypore International Inc. (#134) and Motion for Show Cause Order (#146) for hearing June 4, 2014, based on counsel's representation of urgency and irreparable harm and the nature of relief sought, which are sanctions in the form of injunctive relief. After setting that matter for expedited hearing, plaintiff has now asked the court to join the hearing of its second Motion to Compel Responses to Celgard's Discovery Requests (#138) with the hearing on disclosure.

Review of the motion plaintiff proposed to join reveals that it is a pure discovery motion, unrelated to the motions this court will hear on June 4. Further, the Motion to Compel is referred to Judge Cayer for disposition and there is no requirement that a hearing be conducted on that motion. Finally, briefing is not complete on the Motion to Compel. The motions the court has scheduled for hearing on June 4 involve a request for sanctions and to enjoin, which are uniquely Article III issues. There is no need for this court to take up the Motion to Compel as it is being

well attended by Judge Cayer who will, no doubt, expeditiously decide that motion when it becomes ripe.

Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Joinder of Hearings (#150) is DENIED.

Signed: May 29, 2014

Max O. Cogburn Jr.
United States District Judge