# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:13-cv-00254-MOC-DSC

**CELGARD, LLC,**

    Plaintiff,

v.

**SK INNOVATION CO., LTD.**

    Defendant.

**ORDER**

This matter is before the Court on the Defendant's Unopposed Motion for Leave to File Documents Under Seal. Upon consideration of Defendant's Motion and supporting Memorandum of Law, the documents that Defendant requests to seal, and the entire record herein, it appears that good cause exists to **GRANT** the Defendant's Motion.

Accordingly, it is **ORDERED** that Defendant SK Innovation Co., Ltd.'s Memorandum in Support of Its Renewed Motion to Dismiss Plaintiff Celgard, LLC's Complaint For Lack of Personal Jurisdiction, or, in the Alternative, to Transfer ("Defendant's Memorandum") be filed under seal. In addition Exhibits 1, 2, 5, 6, 7, 8, 10, 13, 14 and 15 to Defendant's Memorandum shall be filed under seal. These documents will remain under seal permanently or until otherwise ordered.

    **SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge