# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:13-cv-00254-MOC-DSC

| | |
|---|---|
| **CELGARD, LLC,**   Plaintiff,   v.   **SK INNOVATION CO., LTD.**   Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Leave to File Documents Under Seal. Upon consideration of Defendant's Motion and supporting Memorandum of Law, the documents that Defendant requests to seal, and the entire record herein, it appears that good cause exists to **GRANT** the Defendant's Motion.

Accordingly, it is **ORDERED** that Defendant SK Innovation Co., Ltd.'s Opposition to Plaintiff's Second Motion to Compel ("Opposition") be filed under seal. In addition, Exhibits 1–28 and 30-32 to the Declaration of Hala Mourad filed in support of Defendant's Opposition shall be filed under seal. These documents will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: June 3, 2014

_____
David S. Cayer
United States Magistrate Judge