**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00254-MOC-DSC**

| | |
|---|---|
| **CELGARD, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SK INNOVATION CO., LTD.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on "Plaintiff's … Second Motion to Compel …" (document #138), as well as the parties' associated briefs and exhibits.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

The Court has carefully reviewed the record, authorities and the parties' arguments. For the reasons stated in Defendant's brief, "Plaintiff's … Second Motion to Compel …" (document #138) is **DENIED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED.**

Signed: June 19, 2014

_____

David S. Cayer
United States Magistrate Judge