IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:13-CV-254-MOC-DSC

| | |
|---|---|
| CELGARD, LLC,   )   | |
|                 )   | |
| Plaintiff,      )   | |
|                 )   | |
| vs.             )   | **ORDER** |
|                 )   | |
| SK INNOVATION CO., LTD., ) | |
|                 )   | |
| Defendant.      )   | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Audra A. Dial]" (document #234) filed July 22, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED.**

Signed: July 23, 2014

David S. Cayer
United States Magistrate Judge