UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00254-MOC-DSC

| | |
|---|---|
| **CELGARD, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **SK INNOVATION CO., LTD.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Defendant SK Innovation Co., Ltd.'s Motion for Attorney Fees and Costs Incurred in Defending Against Plaintiff Celgard, LLC's Assertion of Personal Jurisdiction (#275) and Defendant's Motion for Sanctions Against Celgard Relating to Celgard's Violation of Protective Order and Spoliation of Related Evidence (#272). It appearing that those motions have been completely briefed, the court has calendared the motions for a hearing on December 10, 2014 at 11:00 a.m. It is the court's expectation that the parties will confer prior to the hearing in an attempt to resolve the issue of attorneys' fees and present their respective positions to the court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Defendant's Motions (#275, 272) are placed on the civil motions calendar for December 10, 2014 at 11:00 a.m.

Signed: November 6, 2014

Max O. Cogburn Jr.
United States District Judge